IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROLYN ALEXANDER,

    Petitioner,

vs.                                                       5:04-CV-367-SPM

JOSE BARRON, Warden,

    Respondent.

_____/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) filed April 5, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

Page 2 of 2

2. The petition for writ of habeas corpus (doc. 4) is *denied* for failure to exhaust administrative remedies.

3. This case is *dismissed* without prejudice.

**DONE AND ORDERED** this ninth day of May, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao